UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| **ROBERT ELLIS,** | ) |
| | ) |
| **PLAINTIFF** | ) |
| | ) |
| vs. | ) Case No.: 3:23-CV-660 |
| | ) |
| **UNIVERSAL PROTECTION** | ) |
| **SERVICES, LLC.,** | ) |
| | ) |
| **DEFENDANT.** | ) |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Robert Ellis, and Defendant, Universal Protection Services, LLC, by counsel, hereby stipulate that Plaintiff's claims against the Defendant as asserted herein be dismissed, with prejudice, with each party to bear his/its own costs.

Respectfully submitted,

/s/ Thomas R. Coffey
Thomas R. Coffey
MORGAN POTTINGER MCGARVEY
401 South Fourth Street, Suite 1200
Louisville, KY 40202
trc@mpmfirm.com

*Counsel for Plaintiff Robert Ellis*

[Signature: Rebecca Grady Jennings, District Judge, United States District Court]

. September 23, 2024

/s/ Nathan A. Shine (with permission)
Nathan a. Shine
MARTENSON HASBROUCK & SIMON LLP
500 Davis Street, Suite 1003
Evanston, IL 60201
nshine@martensonlaw.com

and

/s/ Lauren E. Ramamurthy (with permission)
Lauren e. Ramamurthy
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street, P.O. Box 1009
Columbus, OH 43215

*Counsel for Defendant Universal Protection Service, LLC*